PROB 12B
(7/93)

United States District Court

for the

Northern District of Florida

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Detwler Odell Billups          Case Number 3:03CR124-001/RV

Name of Sentencing Judicial Officer: Roger Vinson, Senior U.S. District Judge

Date of Original Sentence: March 16, 2004

Original Offense: Possession of a Firearm by a Convicted Felon and Making a False Statement in Connection With the Attempted Acquisition of a Firearm

Original Sentence: 12 months Bureau of Prisons (defendant to serve six (6) months imprisonment followed by two (2) years supervised release with a condition to serve six (6) months confinement in the halfway house.

Type of Supervision: Supervised Release          Date Supervision Commenced: June 29, 2004

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

"The defendant shall reside at the Pensacola Community Corrections Center (halfway house) located at 225-A Brent Lane in Pensacola, FL 32503 and remain there, except as authorized, for a period of four (4) months to six (6) months to be served at the direction of the U.S. Probation Officer. The offender shall be placed in the Corrections Component, (most restrictive conditions) of the center, with no furloughs or weekend passes. The offender shall surrender himself at the center as directed by the Probation Officer."

## CAUSE

Violation of supervised release for use of cocaine and for technical violations of supervision.

06 FEB -3 PM 3: 06

FILED

**Detwler Odell Billups**
**Modification of Supervised Release**
**Page 2**

Respectfully submitted,

by  *Russell A. Szafran*

Russell A. Szafran
U.S. Probation Officer
Date: 2-6-06

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date: 2/7/06